AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia    FID 11732157

**RECEIVED**
By USMS District of Columbia District Court at 4:14 pm, Oct 28, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00343 |
| David Michael Joynt | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 10/28/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    David Michael Joynt    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering or Remaining in any Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:    10/28/2024

**Moxila A. Upadhyaya**
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.28 15:09:35 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/28/24 , and the person was arrested on *(date)* 10/29/24
at *(city and state)* WASHINGTON DC .

Date: 10/29/24

*Arresting officer's signature*

JEFFREY MARTIN   DUSM
*Printed name and title*